## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

DISH NETWORK L.L.C., ECHOSTAR
TECHNOLOGIES L.L.C. and
NAGRASTAR LLC,

        Plaintiffs,

v.                                              Case No:  6:14-cv-1442-Orl-40TBS

SHAILENDRA SINGH,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiffs' Motion for Default Judgment (Doc. 25) filed on March 17, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 31, 2015 (Doc. 29), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion for Default Judgment on Count III of the Amended Complaint (Doc. 25) is **GRANTED**.

3. Plaintiffs' DISH Network L.L.C., EchoStar Technologies L.L.C. and NagraStar LLC are **AWARDED** statutory damages in the amount of $10,000 as to Defendant on Plaintiffs' claim under 18 U.S.C. §§ 2511 (1)(a) and 2520.

4. Defendant is **PERMANENTLY ENJOINED** from:

   a. intercepting Plaintiffs' satellite television transmissions without Plaintiff's authorization through any means including Internet Key Sharing (also known as Control Word Sharing);

   b. assisting others in intercepting Plaintiffs' satellite television transmissions without Plaintiff's authorization through any means including Internet Key Sharing (also known as Control Word Sharing); and

   c. testing, analyzing, reverse engineering, manipulating or otherwise extracting codes or other technological information or data from Plaintiffs' satellite television receivers, access cards, data stream or any other part or component of Plaintiffs' security system or other technology used to gain access to DISH Network programming including through the use of Internet Key Sharing (also known as Control Word Sharing).

5. The Clerk of the Court is **DIRECTED** to **ENTER JUDGMENT** consistent with this Order, **TERMINATE** any pending motions, and **CLOSE** the file.

**DONE AND ORDERED** in Orlando, Florida on April 21, 2015.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties